No. 76.  MERCADO v. MARTÍNEZ.—Appeal in cassation from a judgment rendered by the District Court of Ponce Decided November 20, 1902. The appeal was declared abandoned because more than one year had elapsed without any steps having been taken by appellant to prosecute the appeal. *Mr. Díaz Navarro*, for appellant. *Mr. Manuel F. Rossy*, for respondent.

---

No. 8.  MARTÍNEZ v. MORENO.—Appeal in cassation from the District Court of Mayagüez. Decided January 30, 1903. The period fixed in the summons having expired without the party appellant having made an appearance, the appeal was declared abandoned.

---

No. 10.  MALARET v. GONZÁLEZ.—Appeal in cassation from the District Court of Arecibo. Decided February 5, 1903. The period fixed in the summons having expired without the party appellant entering an appearance, the appeal was declared abandoned.

---

No. 2.  AMERICAN RAILROAD COMPANY OF PORTO RICO, CENTRAL AGUIRRE OPERATOR v. THE REGISTRAR OF PROPERTY.—Appeal taken from a decision of the Registrar of Property of Ponce. Decided February 12, 1903. Withdrawn at the instance of party appellant. *Messrs. Dexter & Hord*, for appellant.

---

No. 18.  VAN SYCKEL v. THE REGISTRAR OF PROPERTY.— Appeal from a decision of the Registrar of Property of San Juan. Decided February 13, 1903. Withdrawn at the instance of appellant.